UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MICKEY VALDEZ,<br>Defendant. | 14 Cr. 468-02 (LGS)<br>25 Cr. 514 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for July 7, 2026, is adjourned to **August 4, 2026, at 11:00 a.m**.

Dated: July 6, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE